# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

**RECO TEAGUE**

Case No.    2:02cr213-WHA

USM No.    11163-002

Carl Jackson Spence
Defendant's Attorney

**THE DEFENDANT:**

✔ admitted guilt to violation of condition(s)    2-5 of the petition    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to receive permission of the probation officer to leave the district | 11/17/2011 |
| 3 | Failure to refrain from frequenting places where controlled substances are illegally sold | 11/17/2011 |
| 4 | Failure to refrain from associating with any persons engaged in criminal activity or associating with any person convicted of a felony | 11/17/2011 |
| 5 | Failure to notify probation office within 72 hours of contact with law enforcement | 11/17/2011 |

The defendant is sentenced as provided in pages 2 through ____2____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✔ Violation #1 is dismissed on oral motion of the Government.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9156

Defendant's Year of Birth:    1976

City and State of Defendant's Residence:
Silver Springs, MD

January 25, 2012
Date of Imposition of Judgment

/s/ W. Harold Albritton
Signature of Judge

W. Harold Albritton, Senior U. S. District Judge
Name and Title of Judge

January 25, 2012
Date

    Sheet 2— Imprisonment

Judgment — Page    2    of    2

DEFENDANT:      RECO TEAGUE
CASE NUMBER:    2:02cr213-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

**12 months, with no supervision to follow.**
It is ORDERED that the term of supervised release imposed on September 24, 2003, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 12 months.

- ✔ The court makes the following recommendations to the Bureau of Prisons:
  The court recommends that Defendant be placed in a facility as close to his family in Talladega, Alabama as space may be available.

- ✔ The defendant is remanded to the custody of the United States Marshal.

- ☐ The defendant shall surrender to the United States Marshal for this district:
  - ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  - ☐ as notified by the United States Marshal.

- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ☐ before 2 p.m. on _____ .
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL